**Travon M. JULY, Plaintiff–Appellant,**

v.

**Jo Anne B. BARNHART, Commissioner of Social Security, Defendant–Appellee.**

No. 04–40584.
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

Decided Nov. 18, 2004.

John G. Heike, Lone Star Legal Aid, Tyler, TX, for Plaintiff–Appellant.

Steven Allen Ford, Social Security Administration Office of General Counsel, Dallas, TX, for Defendant–Appellee.

Before REAVLEY, BARKSDALE and GARZA, Circuit Judges.

PER CURIAM: *

We affirm the district court for the following reasons:

1. The ALJ's determination that appellant is not disabled, reached under correct legal standards, is supported by substantial evidence. *Carey v. Apfel*, 230 F.3d 131, 135 (5th Cir. 2000). Appellant has failed to rebut

* Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

the Commissioner's evidence that he is capable of performing work existing in significant numbers in the national economy. *Selders v. Sullivan*, 914 F.2d 614, 618 (5th Cir. 1990).

2. Appellant has not established that, due to his attorney's or the ALJ's failure to develop the record, he suffered prejudice. *Ripley v. Chater*. 67 F.3d 552, 557 (5th Cir.1995).

AFFIRMED.